**Order filed May 28, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00408-CV
_____

**GIOVANNY LAGUAN, Appellant**

**V.**

**R.D. PARIKH, Appellee**

**On Appeal from County Court at Law No. 4
Fort Bend County, Texas
Trial Court Cause No. 14-CCV-052722**

## O R D E R

Appellant's brief was due April 20, 2015. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 29, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM